**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 08-cv-01479-REB-MJW

WILLIAM J. HUNSAKER, JR.,

Plaintiff,

v.

JAMES JIMERSON,
ELIZABETH LIMBRIS,
CATHIE HOLST, individually and their official capacities, as agents and employees of the Sterling Correctional Facility,
COLORADO DEPARTMENT OF CORRECTIONS, and
ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections,

Defendants.

---

**ORDER DISMISSING FOURTH CLAIM FOR RELIEF OF PLAINTIFF'S PROPOSED SECOND AMENDED COMPLAINT**

---

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Dismiss Fourth Claim For Relief From Plaintiff's Proposed Second Amended Complaint or in the Alternative, Motion For Leave To Amend Plaintiff's Proposed Second Amended Complaint by Withdrawing Plaintiff's Fourth Claim For Relief Therefrom** [#32] filed July 10, 2009. After careful review of the motion and the file, I conclude that the motion to dismiss the Fourth Claim for relief should be granted, and that plaintiff's Fourth Claim for relief in his proposed Second Amended Complaint should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Motion To Dismiss Fourth Claim For Relief From Plaintiff's Proposed Second Amended Complaint or in the Alternative, Motion For Leave To**

**Amend Plaintiff's Proposed Second Amended Complaint by Withdrawing Plaintiff's Fourth Claim For Relief Therefrom** [#32] filed July 10, 2009, is **GRANTED**; and

    2.  That plaintiff's Fourth Claim for relief in his Second Proposed Amended Complaint is **DISMISSED**.

Dated July 10, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge