IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-01479-REB-MJW

WILLIAM J.  HUNSAKER, JR.,

Plaintiff,

v.

JAMES JIMERSON,  et al.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that non-party Stetzel's Petition for Joinder **(Docket No. 19)** is **denied** substantially for the reasons stated in the Response thereto (Docket No. 26).  Plaintiff's claims here involve alleged confiscation of very specific publications by specific defendants due to plaintiff's individualized reading restrictions and rehabilitation goals.  Stetzel does not maintain that he is a sex offender, that the exact same publications were seized from him, that he was assaulted, or that he was denied dental treatment.  It is thus further

**ORDERED** that non-party Stetzel's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 **(Docket No. 20)** and plaintiff's Motion to Strike Petition for Joinder **(Docket No. 22)** are **denied as moot**.

Date: July 28, 2009