IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-01479-REB-MJW

WILLIAM J.  HUNSAKER, JR.,

Plaintiff,

v.

JAMES JIMERSON,  et al.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendants' Advisement Regarding Withdrawal of Previous Motion to Dismiss (Docket No. 43), which has been docketed as a motion, is granted, and thus Defendants' Combined Motion to Dismiss and Memorandum Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 17), which was filed on March 2, 2009, is deemed withdrawn.

Date: September 18, 2009