IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-01479-REB-MJW

WILLIAM J.  HUNSAKER, JR.,

Plaintiff,

v.

JAMES JIMERSON,
MICHELLE NYCZ,
ELIZABETH LIMBRIS,
CATHIE HOLST,
ARISTEDES ZAVARAS, AND
KEN MILYARD,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff Hunsaker's Motion to Modify Scheduling Order (docket no. 80) is GRANTED IN PART AND DENIED.  The motion is GRANTED as follows finding good cause shown under Rule 16(b)(4).

a.  The deadline to complete discovery is extended to April 29, 2011;

b.  The deadline to file dispositive motions is extended to May 27, 2011;

c.  The last day to serve written discovery in the forms of interrogatories, request for production of documents and/or request for admissions is March 24, 2011;

d.  The deadline to disclose experts is extended to February 4, 2011.  The deadline to disclose rebuttal experts is extended to March 4, 2011;

e. The Final Pretrial Conference remains set on June 28, 2011, at 9:00 a.m. before Magistrate Judge Watanabe;

f.  The Settlement Conference remains set on May 5, 2011, at 1:30 p.m. before Magistrate Judge Watanabe;

   g.  The Trial Preparation Conference remains set on August 19, 2011 at 3:00 p.m. before Judge Blackburn;

   h.  The Bench Trial is set to begin before Judge Blackburn on August 22, 2011, at 9:00 a.m.; and,

   i.  The remainder of the relief sought in this motion is DENIED.

Date:   December 22, 2010