# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-01479-REB-MJW

WILLIAM J. HUNSAKER, JR.,

      Plaintiff,

v.

JAMES JIMERSON,
ELIZABETH LIMBRIS,
CATHIE HOLST, individually and their official capacities, as agents and employees of
   the Sterling Correctional Facility,
COLORADO DEPARTMENT OF CORRECTIONS, and
ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections,

      Defendants.

## ORDER WITHDRAWING ORDER OF REFERENCE

**Blackburn, J.**

      This matter is before me *sua sponte*. **Defendants' Motion for Summary Judgment** [#156][1] filed July 15, 2011, previously was referred to the magistrate judge for resolution. (*See* **Memorandum** [#157] filed July 18, 2011.) I now exercise my prerogative as the presiding judge and withdraw that order of reference.

      **THEREFORE, IT IS ORDERED** that the **Memorandum** Order of Reference [#157] filed July 18, 2011, is **WITHDRAWN**.

      Dated August 9, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge

---

[1] "[#156]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.