**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01479-REB-MJW

WILLIAM J. HUNSAKER, JR.,

    Plaintiff,

v.

JAMES JIMERSON,
ELIZABETH LIMBRIS,
CATHIE HOLST, individually and their official capacities, as agents and employees of
  the Sterling Correctional Facility,
COLORADO DEPARTMENT OF CORRECTIONS, and
ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections,

    Defendants.

---

## MINUTE ORDER[1]

---

    In light of the court's **Order Granting Motion To Reschedule Trial Date** [#170][2] entered August 9, 2011, the **Plaintiff's Forthwith Motion to Quash Writ of Habeas Corpus Ad Testificandum Pending Disposition of Defendants' Motion To Reschedule Trial Date** [#175] filed August 12, 2011, is **GRANTED**. The **Writ of Habeas Corpus Ad Testificandum** [#163] issued July 28, 2011, is **QUASHED** pending further order of court.

    Dated: August 16, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#170]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.